In the Matter of MAX N. KOVEN, an Attorney, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued January 8, 1940; decided March 5, 1940.

*Jacob L. Holtzmann, Marvin M. Notkins* and *Frank P. Broz* for appellant.

*Theodore Kiendl, Einar Chrystie* and *Warren S. Fogel* for respondent.

Order of Appellate Division reversed and proceeding remitted to the Appellate Division for further proceedings on the authority of *Matter of Donegan* (282 N. Y. 285). No opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY and LEWIS, JJ. Dissenting: LOUGHRAN and SEARS, JJ. Taking no part: CONWAY, J.